UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

KHAA MCKENZIE,
    also known as "Kai,"
JOHN CHRISTIAN,
    also known as
    "Christian John,"
    "Bruce Christian,"
    "Kevin Johnson,"
    "Devon C. Johnson,"
    "Christian R. Bruce" and
    "John-Rock Christian,"

        Defendants.

- - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

11-M-523

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Celia A. Cohen, for an order partially unsealing the complaint in the above-referenced matter as to the defendants KHAA MCKENZIE and JOHN CHRISTIAN.

    WHEREFORE, it is ordered that the complaint in the above-captioned matter be unsealed only as to the defendants KHAA MCKENZIE and JOHN ROCK CHRISTIAN.

Dated:    Brooklyn, New York
          May 19, 2011

                                                          s/Azrack

                                    JOAN M. AZRACK
                                    UNITED STATES
                                    EASTERN DIS